No. 386. STEWART-WARNER CORP. *v.* BISHMAN MANU-FACTURING CO. ET AL. C. A. 7th Cir. Certiorari denied. *Dugald S. McDougall* and *Augustus G. Douvas* for petitioner. *Andrew E. Carlsen* and *Walther E. Wyss* for respondents.

No. 391. JOSEPH BANCROFT & SONS CO. *v.* SHELLEY KNITTING MILLS, INC. C. A. 3d Cir. Certiorari denied. *Thomas N. O'Neill, Jr.,* and *C. Brewster Rhoads* for petitioner. *Harry Shapiro* for respondent.

No. 397. COHEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Richard H. Foster* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 418. STUYVESANT INSURANCE CO. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Henry B. Rothblatt* and *Emma A. Rothblatt* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 421. CAMPBELL, CHIEF JUDGE, U. S. DISTRICT COURT *v.* SOUTHERN RAILWAY CO. C. A. 7th Cir. Certiorari denied. *Philip H. Corboy* for petitioner. *Charles A. Horsky* and *Norman J. Gundlach* for respondent.

No. 455. STIEF *v.* J. A. SEXAUER MANUFACTURING CO., INC., ET AL. C. A. 2d Cir. Certiorari denied. *B. Nathaniel Richter, Charles A. Lord* and *Seymour I. Toll* for petitioner. *Benjamin H. Siff* for J. A. Sexauer Manufacturing Co., Inc., and *S. Hazard Gillespie* and *J. Roger Carroll* for Diamond Alkali Co., respondents.